# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| MJ Enterprise Holdings, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPIFFY FRANCHISING, LLC, et al., <br><br> Defendants. | Case No.    1:24-cv-03194-RDB MJ <br><br> **CORPORATE AFFILIATION DISCLOSURE** |

COME NOW Plaintiffs MJ Enterprise Holdings, Inc. ("MJ Enterprise Holdings") and Ross Markajani ("Markajani"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103, and hereby advise the Court that MJ Enterprise Holdings is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: November 4, 2024 | **DRUVEN PC** <br> By: */s/ Casey Bryant* <br> Casey Bryant <br> CASEY BRYANT (Fed. Bar No. 30215) <br> 7200 Wisconsin Ave, Ste 500 <br> Bethesda, MD 20814 <br> Telephone: 410-206-8460 <br> Email: cbryant@druven.law <br><br> Attorney for Plaintiffs, <br> MJ Enterprise Holdings, Inc., a Maryland Corporation; Ross Markajani, an individual |